IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:11-CR-00178-BO-1

| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | |
| | : | |
| v. | : | ORDER |
| | : | |
| MARTEL TOLANDO JOHNSON | : | |
| Defendant | : | |

For good cause shown, defense counsel's Motion to Continue Arraignment is hereby GRANTED and the arraignment is continued until the _November_ term of court.

It is further ordered that any delay that results from this continuance is excluded from the Speedy Trial Act computation pursuant to 18 U.S.C. § 3161 (h) (7) (A) for the reason that the ends of justice served by granting this continuance outweigh the best interest of the public and the Defendant to a speedy trial.

This the _14_ day of September, 2011.

_____
United State District Court Judge